# EXHIBIT A



# Call toll free: 1-800-259-6707
## www.TopMedical.com



# European Botox
# $299/100 Units

## BUY 10 GET 1 FREE

**Volume Discounts - Guaranteed Low Price - Quality Products**




To be removed from future updates please contact 1-877-216-5984 ext. 43180. Fax 1-800-654-7320

# 1-800-259-6707
**Hours of Operation: M-F 5:30am-6pm PST**



