UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. G. NEIL GARRETT, DDS, P.C., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 5638 |
| v. | ) ) ) | Honorable Judge Gary Feinerman |
| TOP MEDICAL PRODUCTS, LLC, and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby voluntarily dismisses this case pursuant to Fed.R.Civ.P. 41(a)(1).

No defendant has appeared or answered.

                Respectfully submitted,

                s/Dulijaza Clark
                Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on August 9, 2012, I caused a true and accurate copy of the foregoing document to be served, via Certified Mail and U.S. Mail on the following party:

  Top Medical Products, LLC
  c/o Tiberiu Botocon or other individual authorized to accept service
  417 Bellevue Way SE, #303
  Bellevue, WA 98004

              s/Dulijaza Clark
              Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)