# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dr. G. Neil Garrett DDS, PC

                                    Plaintiff,

v.                                                         Case No.: 1:12–cv–05638
                                                             Honorable Gary Feinerman

Top Medical Products, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2012:

      MINUTE entry before Honorable Gary Feinerman: Plaintiff having filed a notice of voluntary dismissal [16], the status hearing scheduled for 9/6/2012 [14] is stricken. All pending motions [4] are denied as moot. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.